1  CHRISTOPHER J. BORDERS (SBN 135901)
   CASEY A. HATTON (SBN 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:   415-834-9070
5
   Attorneys for Plaintiff and Counter-Defendants
6  FIREMAN'S FUND INSURANCE COMPANY &
   INTERSTATE FIRE & CASUALTY COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND DIVISION

11 | FIREMAN'S FUND INSURANCE           ) Case No. CV 07-04943 MHP
     COMPANY,                           )
12                                      )
            Plaintiffs,                 ) **STIPULATION TO CONTINUE CASE**
13                                      ) **MANAGEMENT CONFERENCE**
   vs.                                  )
14                                      )
   UNITED NATIONAL INSURANCE            )
15 COMPANY, and DOES 1 - 10             )
                                        ) Complaint Filed: August 21, 2007
16          Defendants.                 )
                                        ) Counterclaim Filed: October 1, 2007
17 |_____)
                                        )
   UNITED NATIONAL INSURANCE            )
18 COMPANY,                             )
                                        )
19          Counterclaimant,            )
                                        )
20 vs.                                  )
                                        )
21 FIREMAN'S FUND INSURANCE             )
   COMPANY, INTERSTATE FIRE &           )
22 CASUALTY COMPANY and ROES 1 - 10,    )
                                        )
23          Counter-Defendants.         )

24

25      The parties to this action hereby stipulate to continue the Case Management Conference

26 originally scheduled for February 11, 2008, until March 3, 2008, at 4:00 p.m.

27      So stipulated,

28

                                        1

| | |
|---|---|
| 1   DATED: 1/2/08 | HINSHAW & CULBERTSON LLP |
| 2 | |
| 3 | *[signature]* |
| 4 | CHRISTOPHER J. BORDERS <br> CASEY A. HATTON |
| 5 | Attorneys for Plaintiff and Counter-Defendants <br> FIREMAN'S FUND INSURANCE COMPANY & <br> INTERSTATE FIRE & CASUALTY COMPANY |
| 6 | |
| 7 | |
| 8   DATED: 1/2/08 | NIELSEN, HALEY & ABBOTT LLP |
| 9 | |
| 10 | *[signature]* |
| 11 | THOMAS H. NIENOW <br> Attorneys for Defendant and Counterclaimant <br> UNITED NATIONAL INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

HONORABLE MARILYN HALL PATEL

*Fireman's Fund Ins. Co., v. United National Ins. Co., and Cross-Action*
*United States District Court, Northern District of CA, SF Division, Case No: CV 07-04943*

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On January 3, 2008, I served the within:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[x]   (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]   (BY OVERNIGHT DELIVERY) I deposited such envelopes to be placed for collection and handling via United Parcel Service ("UPS") following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence via UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

[ ]   (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof from sending facsimile machine telephone number (415) 834-9070 to the following parties at the receiving facsimile machine numbers shown below.

[ ]   (BY HAND DELIVERY) By hand delivery to the following persons as noted:

Thomas H. Nienow, Esq.
NIELSEN, HALEY & ABBOTT, LLP
44 Montgomery Street, Suite 750
San Francisco, CA  94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 3, 2008, at San Francisco, California.

_____
Cynthia M. Peña