1  CHRISTOPHER J. BORDERS (SBN 135901)
   CASEY A. HATTON (SBN 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:    415-834-9070
5
   Attorneys for Plaintiff and Counter-Defendants
6  FIREMAN'S FUND INSURANCE COMPANY &
   INTERSTATE FIRE & CASUALTY COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11 | FIREMAN'S FUND INSURANCE       ) Case No. CV 07-04943 MHP
   | COMPANY,                       )
12 |                                )
   |           Plaintiffs,          ) **STIPULATION TO CONTINUE CASE**
13 |                                ) **MANAGEMENT CONFERENCE**
   | vs.                            )
14 |                                )
   | UNITED NATIONAL INSURANCE      )
15 | COMPANY, and DOES 1 - 10       )
   |                                ) Complaint Filed: August 21, 2007
16 |           Defendants.          )
   |                                ) Counterclaim Filed: October 1, 2007
17 |_____)
   |                                )
   | UNITED NATIONAL INSURANCE      )
18 | COMPANY,                       )
   |                                )
19 |           Counterclaimant,     )
   |                                )
20 | vs.                            )
   |                                )
21 | FIREMAN'S FUND INSURANCE       )
   | COMPANY, INTERSTATE FIRE &     )
22 | CASUALTY COMPANY and ROES 1 - 10, )
   |                                )
23 |           Counter-Defendants.  )

24

25     The parties to this action hereby stipulate to continue the Case Management Conference

26 originally scheduled for February 11, 2008, until March 3, 2008, at 4:00 p.m.

27     So stipulated,

28

                                          1
                STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
                                                Case No. CV 07-04943 MHP

1  DATED: 1/2/08                    HINSHAW & CULBERTSON LLP

2

3                                   _____
                                    CHRISTOPHER J. BORDERS
4                                   CASEY A. HATTON
                                    Attorneys for Plaintiff and Counter-Defendants
5                                   FIREMAN'S FUND INSURANCE COMPANY &
                                    INTERSTATE FIRE & CASUALTY COMPANY
6

7

8  DATED: 1/2/08                    NIELSEN, HALEY & ABBOTT LLP

9

10                                  _____
                                    THOMAS H. NIENOW
11                                  Attorneys for Defendant and Counterclaimant
                                    UNITED NATIONAL INSURANCE COMPANY
12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15  DATED:      January 7, 2008

16

17                                  HONORABLE M_____

18

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel]

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 07-04943 MHP

*Fireman's Fund Ins. Co., v. United National Ins. Co.,* **and Cross-Action**
*United States District Court, Northern District of CA, SF Division, Case No: CV 07-04943*

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On January 3, 2008, I served the within:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[x]  (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]  (BY OVERNIGHT DELIVERY) I deposited such envelopes to be placed for collection and handling via United Parcel Service ("UPS") following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence via UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

[ ]  (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof from sending facsimile machine telephone number (415) 834-9070 to the following parties at the receiving facsimile machine numbers shown below.

[ ]  (BY HAND DELIVERY) By hand delivery to the following persons as noted:

Thomas H. Nienow, Esq.
NIELSEN, HALEY & ABBOTT, LLP
44 Montgomery Street, Suite 750
San Francisco, CA  94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 3, 2008, at San Francisco, California.

_____
Cynthia M. Peña