# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fireman's Fund Insurance Company,<br><br>                Plaintiff(s),<br><br>    v.<br><br>United National Insurance Company,<br><br>                Defendant(s). | 07-04943 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-04943 MHP                                                  -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: February 14, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04943 MHP                -2-

*United States District Court — Northern District of California*

PROOF OF SERVICE

Case Name:     Fireman's Fund Insurance Company v. United National Insurance Company

Case Number:   07-04943 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Christopher Jay Borders
>   Hinshaw & Culbertson LLP
>   One California Street, 18th Floor
>   San Francisco, CA 94111
>   cborders@hinshawlaw.com
>
>   Casey Ann Hatton
>   One California Street, 18th Floor
>   San Francisco, CA 94111
>   chatton@hinshawlaw.com
>
>   Thomas Harvey Nienow
>   Nielsen Haley & Abbott LLP
>   44 Montgomery Street
>   Suite 750
>   San Francisco, CA 94104
>   tnienow@nielsenhaley.com
>
>   James Christian Nielsen
>   Nielsen Haley & Abbott LLP

44 Montgomery Street
Suite 750
San Francisco, CA 94104
jnielsen@nielsenhaley.com

United National Insurance Company
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 14, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov