**CIVIL MINUTES**

**Judge MARILYN H. PATEL**

Date: **March 3, 2008**

**C - 07 - 4943 - MHP**

**Fireman's Fund Insurance Co.**          v    **United National Insurance Co.**

Attorneys:   Christopher Borders            Thomas Neinow

Deputy Clerk: **TRACY LUCERO**          Reporter: **Connie Kuhl**

**PROCEEDINGS:**                                              **RULING:**

1. _____

2. _____

3. _____

4. _____

    ( ) Status Conference     ( ) P/T Conference    (X) Case Management Conference

**ORDERED DURING HEARING:**

Deadline for plaintiff to amend complaint or substitute parties is 3/18/08.  Cross-motions for summary judgment to be filed by 7/21/08; oppositions due by 8/4/08, no replies. Hearing on motions 8/18/08 at 2:00 p.m. No more than 2 depositions per side before filing cross-motions.

( ) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For:_____
          ( )By Court
(X) CASE CONTINUED TO  8/18/08 at 2:00 p.m.    for Hearing on x-motions for summary judgment

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____