CHRISTOPHER J. BORDERS (SBN 135901)
CASEY A. HATTON (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:     415-834-9070

Attorneys for Plaintiff and Counter-Defendants
FIREMAN'S FUND INSURANCE COMPANY &
INTERSTATE FIRE & CASUALTY COMPANY

JAMES C. NIELSEN (SBN 111889)
THOMAS H. NIENOW (SBN 136454)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, CA 94104
Telephone:    415-693-0900
Facsimile:     415-693-9674

Attorneys for Defendants and Counter-Claimant
UNITED NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>             Plaintiffs,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10<br><br>             Defendants.<br>_____<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>             Counterclaimant,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10,<br><br>             Counter-Defendants. | Case No.  CV 07-04943 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS AND DEEM COUNTERCLAIM AGAINST FIREMAN'S FUND INSURANCE COMPANY DISMISSED**<br><br>Complaint Filed: August 21, 2007<br><br>Counterclaim Filed: October 1, 2007 |

JOINT STIPULATION TO AMEND PLEADINGS & DISMISS COUNTERCLAIM AS TO FIREMAN'S FUND

1

Fireman's Fund Insurance Company ("Fireman's Fund"), Interstate Insurance Company ("Interstate") and United National Insurance Company ("United National") hereby stipulate as follows:

1. All references in the pleadings herein to Plaintiff Fireman's Fund shall be deemed replaced by named party Interstate;

2. United National's Counterclaim shall be deemed dismissed without prejudice as to Fireman's Fund only;

3. Following this stipulation and order thereon, Case No. CV 07-04943 shall be entitled *Interstate Fire & Casualty Company v. United National Insurance Company* (and related Counterclaim). An amended Caption, which accurately reflects the parties' intended stipulation, is attached hereto as **Exhibit A**. The Clerk of the Court shall revise the docket to conform hereto.

4. Neither United National nor Interstate waive any basis to challenge or object to any allegation, claim or any other matter set forth in the Complaint, Counterclaim and Answers thereto, and nothing herein is intended to limit or restrict the rights and obligations to be adjudicated herein.

SO STIPULATED,

DATED: 3/26/08

HINSHAW & CULBERTSON LLP

_____
CHRISTOPHER J. BORDERS
CASEY A. HATTON
Attorneys for Plaintiff and Counter-Defendants
FIREMAN'S FUND INSURANCE COMPANY &
INTERSTATE FIRE & CASUALTY COMPANY

DATED: 3/13/08

NIELSEN, HALEY & ABBOTT LLP

_____
THOMAS H. NIENOW
Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

_____
HONORABLE MARILYN HALL PATEL
JUDGE, UNITED STATES DISTRICT COURT, IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Exhibit A**

CHRISTOPHER J. BORDERS (SBN 135901)
CASEY A. HATTON (SBN 246081)
HINSHAW & CULBERTSON LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Plaintiff and Counter-Defendant
INTERSTATE FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10<br><br>    Defendants.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>vs.<br><br>INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10,<br><br>    Counter-Defendants. | Case No. CV 07-04943 MHP<br><br><br><br>Complaint Filed: August 21, 2007<br><br>Counterclaim Filed: October 1, 2007 |

1