1  CHRISTOPHER J. BORDERS (SBN 135901)
   CASEY A. HATTON (SBN 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:    415-362-6000
   Facsimile:    415-834-9070
5
   Attorneys for Plaintiff and Counter-Defendants
6  FIREMAN'S FUND INSURANCE COMPANY &
   INTERSTATE FIRE & CASUALTY COMPANY
7
   JAMES C. NIELSEN (SBN 111889)
8  THOMAS H. NIENOW (SBN 136454)
   NIELSEN, HALEY & ABBOTT LLP
9  44 Montgomery Street, Suite 750
   San Francisco, CA 94104
10 Telephone:    415-693-0900
   Facsimile:    415-693-9674
11
   Attorneys for Defendants and Counter-Claimant
12 UNITED NATIONAL INSURANCE COMPANY

13             **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15           **SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| 16 FIREMAN'S FUND INSURANCE<br>COMPANY, | ) Case No.  CV 07-04943 MHP<br>) |
| 17 | ) |
| Plaintiffs, | ) **JOINT STIPULATION AND ~~[PROPOSED]~~** |
| 18 | ) **ORDER TO AMEND PLEADINGS AND** |
| vs. | ) **DEEM COUNTERCLAIM AGAINST** |
| 19 | ) **FIREMAN'S FUND INSURANCE COMPANY** |
| UNITED NATIONAL INSURANCE | ) **DISMISSED** |
| 20 COMPANY, and DOES 1 - 10 | ) |
| | ) |
| 21 Defendants. | ) Complaint Filed:  August 21, 2007 |
| | ) |
| 22 _____ | ) Counterclaim Filed:  October 1, 2007 |
| | ) |
| 23 UNITED NATIONAL INSURANCE<br>COMPANY, | ) |
| 24 | ) |
| Counterclaimant, | ) |
| 25 | ) |
| vs. | ) |
| 26 | ) |
| FIREMAN'S FUND INSURANCE | ) |
| 27 COMPANY, INTERSTATE FIRE &<br>CASUALTY COMPANY and ROES 1 - 10, | ) |
| 28 | ) |
| Counter-Defendants. | ) |

1

2   Fireman's Fund Insurance Company ("Fireman's Fund"), Interstate Insurance Company

3 ("Interstate") and United National Insurance Company ("United National") hereby stipulate as

4 follows:

5   1.  All references in the pleadings herein to Plaintiff Fireman's Fund shall be deemed

6 replaced by named party Interstate;

7   2.  United National's Counterclaim shall be deemed dismissed without prejudice as to

8 Fireman's Fund only;

9   3.  Following this stipulation and order thereon, Case No. CV 07-04943 shall be entitled

10 *Interstate Fire & Casualty Company v. United National Insurance Company* (and related

11 Counterclaim). An amended Caption, which accurately reflects the parties' intended stipulation, is

12 attached hereto as **Exhibit A**. The Clerk of the Court shall revise the docket to conform hereto.

13   4.  Neither United National nor Interstate waive any basis to challenge or object to any

14 allegation, claim or any other matter set forth in the Complaint, Counterclaim and Answers thereto,

15 and nothing herein is intended to limit or restrict the rights and obligations to be adjudicated herein.

16

17   SO STIPULATED,

18
DATED: 3/26/09       HINSHAW & CULBERTSON LLP
19

20                    _____
CHRISTOPHER J. BORDERS
21                    CASEY A. HATTON
Attorneys for Plaintiff and Counter-Defendants
22                    FIREMAN'S FUND INSURANCE COMPANY &
INTERSTATE FIRE & CASUALTY COMPANY
23

24 DATED: 3/13/08       NIELSEN, HALEY & ABBOTT LLP

25

26                    _____
THOMAS H. NIENOW
27                    Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY
28

1

2         PURSUANT TO STIPULATION, IT IS SO ORDERED

3
DATED:  3/27/2008
4

5

6         HONORABLE
          JUDGE,
7         AND FOR TH
          CALIFORNIA

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

1  CHRISTOPHER J. BORDERS (SBN 135901)
   CASEY A. HATTON (SBN 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:    415-362-6000
   Facsimile:    415-834-9070
5
   Attorneys for Plaintiff and Counter-Defendant
6  INTERSTATE FIRE & CASUALTY COMPANY

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO/OAKLAND DIVISION

11 INTERSTATE FIRE & CASUALTY          ) Case No.  CV 07-04943 MHP
   COMPANY,                            )
12                                     )
              Plaintiff,               )
13                                     )
   vs.                                 )
14                                     )
   UNITED NATIONAL INSURANCE           )
15 COMPANY, and DOES 1 - 10,           ) Complaint Filed:  August 21, 2007
                                       )
16            Defendants.              ) Counterclaim Filed:  October 1, 2007
   _____)
17                                     )
   UNITED NATIONAL INSURANCE           )
18 COMPANY,                            )
                                       )
19            Counterclaimant,         )
                                       )
20 vs.                                 )
                                       )
21 INTERSTATE FIRE & CASUALTY          )
   COMPANY and ROES 1 - 10,            )
22                                     )
              Counter-Defendants.      )
23

24

25

26

27

28

                                                        1