1  Christopher J. Borders (SBN: 135901)
   Casey A. Hatton (SBN: 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Plaintiff and Counter-Defendant
   INTERSTATE FIRE & CASUALTY COMPANY
6

7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| 11  INTERSTATE FIRE & CASUALTY COMPANY, | )  Case No.  CV 07-04943 MHP |
| 12                          Plaintiff, | )  **NOTICE OF HEARING ON MOTION FOR** )  **SUMMARY JUDGEMENT** |
| 13  vs. | )  Date:           August 18, 2008 |
| 14  UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10, | )  Time:           2:00 P.M. )  Courtroom:    15 |
| 15 | ) |
| 16                          Defendants. | ) |
| 17  _____ UNITED NATIONAL INSURANCE COMPANY, | )  Complaint Filed:       August 21, 2007 )  Counterclaim Filed:   October 1, 2007 |
| 18 | ) |
| 19                          Counterclaimant, | ) |
| 20  vs. | ) |
| 21  INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10, | ) |
| 22                          Counter-Defendants. | ) |

23

24  TO DEFENDANT/COUNTERCLAIMANT AND ITS ATTORNEYS OF RECORD:

25      NOTICE IS HEREBY GIVEN that on August 18, 2008, at 2:00 p.m., or as soon thereafter as

26  counsel my be heard by the above-entitled Court, located at Courtroom 15, 450 Golden Gate

27  Avenue, San Francisco, CA 94102, Plaintiff/Counter-Defendant Interstate Fire & Casualty Company

28  will and hereby does move the Court for summary judgment on the ground that there is no genuine

1

1   issue as to any material fact and that the moving party is entitled to judgment as a matter of law on

2   the grounds that a claim was reported to United National during its policy period, thereby triggering

3   United National's duty to defend and indemnity the parties' mutual insured.

4       This motion is based upon this Notice of Motion and Motion, the accompanying

5   Memorandum of Points and Authorities, the Declarations of Jennifer Green, the parties' Joint

6   Statement of Undisputed Facts, including all documents attached thereto, all pleadings and papers on

7   file in this action, and upon such others matters as may be presented to the Court at the time of the

8   hearing.

9

10  DATED:  July 21, 2008

    HINSHAW & CULBERTSON LLP

11

12  */s/ Christopher J. Borders*
    */s/ Casey A. Hatton*

13  CHRISTOPHER J. BORDERS
    CASEY A. HATTON

14  Attorneys for Plaintiff and Counter-Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT

2972781v1 879609