```
 1  CHRISTOPHER J. BORDERS (SBN 135901)
    CASEY A. HATTON (SBN 246081)
 2  HINSHAW & CULBERTSON LLP
    One California Street
 3  18th Floor
    San Francisco, CA 94111
 4  Telephone:    415-362-6000
    Facsimile:    415-834-9070
 5
    Attorneys for Plaintiff and Counter-Defendant
 6  INTERSTATE FIRE & CASUALTY COMPANY

 7

 8                      UNITED STATES DISTRICT COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO/OAKLAND DIVISION

11  INTERSTATE FIRE & CASUALTY          ) Case No. CV 07-04943 MHP
    COMPANY,                            )
12                                      )
                Plaintiff,               ) DECLARATION OF JENNIFER GREEN IN
13                                      ) SUPPORT OF INTERSTATE FIRE &
    vs.                                  ) CASUALTY COMPANY'S MOTION FOR
14                                      ) SUMMARY JUDGMENT
    UNITED NATIONAL INSURANCE           )
15  COMPANY, and DOES 1 - 10            )
                                        ) Complaint Filed: August 21, 2007
16              Defendants.              )
                                        ) Counterclaim Filed: October 1, 2007
17                                      )
    UNITED NATIONAL INSURANCE           )
18  COMPANY,                            )
                                        )
19              Counterclaimant,         )
                                        )
20  vs.                                 )
                                        )
21  INTERSTATE FIRE & CASUALTY          )
    COMPANY and ROES 1 - 10,            )
22                                      )
                Counter-Defendants.      )
23
24                      DECLARATION OF JENNIFER GREEN

25       I, Jennifer Green, declare as follows:

26       1.     I am a Claims Specialist with Interstate Fire and Casualty Company ("Interstate"),

27  Plaintiff and Counter-Defendant in the above-captioned action. I have personal knowledge of the

28
```

1
DECLARATION OF JENNIFER GREEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
2973367v1 879609

1  facts set forth in this Declaration and I am authorized to make these statements on behalf of
2  Interstate in my capacity as an employee of the company.
3     2.   I am responsible for Interstate file number B554L06001460, a matter opened under a
4  claims-made professional liability policy issued to Cirrus Medical Staffing, Inc., for the policy
5  period January 27, 2005 through January 27, 2006.
6     3.   On April 11, 2006, I assigned the defense of an amended complaint filed against
7  Cirrus in *Tracy Lovelace Sandia Health Services, New Mexico Second Jud. Dist., case no. CV-2005-*
8  *07009* ("the *Tracy* Action") to the law firm of Jackson & Wallace and local counsel Yenson, Lynn,
9  Allen & Wosick P.C.
10    4.   Interstate expended in excess of $15,000 to defend Cirrus from the claims asserted
11 against it in the *Tracy* Action.
12 I declare under penalty of perjury that the foregoing is true and correct.
13 Executed on July __, 2008 in Chicago, Illinois

_____
Jennifer Green