# EXHIBIT F
TO JOINT STATEMENT OF
UNDISPUTED FACTS

JAN- 4-06 WED 3:03 PM   RODEY LAW FIRM              FAX NO. 15057687395          P. 1

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
ATTORNEYS AT LAW
201 THIRD STREET NW, SUITE 2200
ALBUQUERQUE, NEW MEXICO 87102

P.O. BOX 1888
ALBUQUERQUE, NEW MEXICO 87103
WWW.RODEY.COM

TELEPHONE (505) 765-5900
FACSIMILE (505) 768-7395

January 4, 2006

<u>Via Facsimile (800-506-5309) and U.S. Mail</u>
Cirrus Medical Staffing
4651 Charlotte Park Drive, Suite 400
Charlotte, NC 28217

Attention: Legal Department

Re: Tracy v. Lovelace Sandia Health System

Dear Legal Department Representative:

I represent Albuquerque Regional Medical Center and Lovelace Sandia Health System in a medical malpractice action brought by Ben Tracy as personal representative of the Estate of Marilyn Tracy. Your nurse, Cathy Robinson, was one of the nurses who cared for Mrs. Tracy prior to her death. I believe it is possible that opposing counsel, Pia Salazar, will be contacting you about how to accomplish service of process. She has expressed the intention to bring you into the case. Even if she decided not to do so, she will likely try to subpoena Ms. Robinson to give a deposition. I would appreciate the opportunity to visit prior to the deposition with whatever attorney you have represent her. I hope it is helpful to have prior notice of the possible suit or deposition. Please do not hesitate to call if you have any questions about the case.

Sincerely yours,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Ellen Thorne Skrak*
Ellen Thorne Skrak

ETS:br