# EXHIBIT G
TO JOINT STATEMENT OF
UNDISPUTED FACTS

JAN- 5-06 THU 12:13 PM    RODEY LAW FIRM              FAX NO.  15057687395                P. 1

### RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

COUNSELORS AND ATTORNEYS AT LAW

ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 2200
ALBUQUERQUE, NEW MEXICO 87102

P.O. BOX 1888
ALBUQUERQUE, NEW MEXICO 87103

ELLEN THORNE SKRAK

TELEPHONE (505) 765-5900

FACSIMILE (505) 765-7395

Direct Number:
768-7232

## FACSIMILE TRANSMITTAL SHEET

TELECOPIER NUMBER: (505) 768-7395

DATE: January 5, 2006

TO:   Greg Allen          FAX No.  (704) 887-0164

FROM: Ellen Thorne Skrak

OPERATOR:  Barbara Rael

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE:

If you do not receive any of these pages, please call the operator at (505) 7667565

### IMPORTANT!

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE, AND RETURN THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

Message:   Tracy v. Lovelace Sandia Health System

Attached please find the Complaint filed in this matter.