# EXHIBIT H
TO JOINT STATEMENT OF
UNDISPUTED FACTS

# ACORD — GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**DATE (MM/DD/YYYY):** 01/05/2006
**OP ID:** CP

**AGENCY**
Watson Insurance Agency, Inc.
245 E. Second Avenue
P. O. Box 879
Gastonia NC 28053
Robert P. Watson – Trans Accts
PHONE (A/C, No, Ext): 704-865-8584
FAX (A/C, No): 704-866-9866

**CODE:**
**SUB CODE:**
**AGENCY CUSTOMER ID:** CIRRU-1

**DATE OF OCCURRENCE AND TIME:** 01/04/06
**DATE OF CLAIM:** (PM)
**NOTICE OF OCCURRENCE / NOTICE OF CLAIM**
**PREVIOUSLY REPORTED:** YES  X NO
**RETROACTIVE DATE:**

**EFFECTIVE DATE:** 01/27/05
**EXPIRATION DATE:** 01/27/06
**POLICY TYPE:** OCCURRENCE / CLAIMS MADE
**MISCELLANEOUS INFO (Site & location code):**

**COMPANY:** Interstate Fire and Cas. Co.
**NAIC CODE:**
**POLICY NUMBER:** ASC1000204
**REFERENCE NUMBER:**

**CONTACT / CONTACT INSURED**
**NAME AND ADDRESS:** Greg Allen

**INSURED**
**NAME AND ADDRESS:**
Cirrus Medical Staffing, LLC
4651 Charlotte Pk Dr., Ste 400
Charlotte NC 28217
**SOC SEC # OR FEIN:**
**BUSINESS PHONE (A/C, No, Ext):** 800 299-8132

## OCCURRENCE

**LOCATION OF OCCURRENCE (include city & state):**

**DESCRIPTION OF OCCURRENCE:** See attached letter received by insured regarding medical malpractice issue. ---Please note that umbrella & GL coverage written thru Interstate Fire also.

## POLICY INFORMATION

**UMBRELLA:** X  **EXCESS CARRIER:** Interstate  XSP-1100100

**TYPE OF LIABILITY**
**PREMISES: INSURED IS:** OWNER / TENANT / OTHER
**PRODUCTS: INSURED IS:** MANUFACTURER / VENDOR / OTHER

**OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):** GL written thru Interstate Fire--GL11120439

## INJURED/PROPERTY DAMAGED

**NAME & ADDRESS (Injured/Owner):** Marilyn Tracy — action brought by Ben Tracy

**DESCRIBE INJURY:** See attached

## REMARKS

**REPORTED BY:** email/Greg Allen
**REPORTED TO:** Rob Watson
**SIGNATURE OF PRODUCER:** Robert P. Watson – Trans Accts

ACORD 3 (2004/06)  © ACORD CORPORATION 1986