# EXHIBIT I
TO JOINT STATEMENT OF
UNDISPUTED FACTS

LS   PA   NM

5540600<u>1460</u>



"Terry Bellotti"
<tbellotti@hciusa.com>
01/06/2006 01:20 PM

To "Interstate - Claims - Sheila Robertson" <newloss@ffic.com>
cc
bcc
Subject Cirrus Medical Staffing, Llc, Pol# ASC1000204

Jody,

206/218

Sheila,
Please see attached notice of claim and letter from a lawyer office. Contact Greg Allen if you have any question.

Terry Bellotti
Health Care Insurers, a division of Risk Placement Services, Inc.
3030 N. Rocky Point Dr. W., Suite 161
Tampa, FL  33607
(813) 287-6308
(719) 528-8323 FAX
tbelotti@hciusa.com

Please visit our web site www.hciusa.com

CONFIDENTIAL NOTICE: This email including any attachments contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify us by reply email of the error and then delete this email immediately.
<<000014-224976.pdf>>

 - 000014-224976.pdf