# EXHIBIT J

TO JOINT STATEMENT OF UNDISPUTED FACTS

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

COUNSELORS AND ATTORNEYS AT LAW

ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 2200
ALBUQUERQUE, NEW MEXICO 87102

P.O. BOX 1888
ALBUQUERQUE, NEW MEXICO 87103

TELEPHONE (505) 765-5900

FACSIMILE (505) 768-7395

ELLEN THORNE SKRAK

Direct Number:
768-7232

# FACSIMILE TRANSMITTAL SHEET

## TELECOPIER NUMBER: (505) 768-7395

DATE: January 10, 2006

TO: Jennifer Beran FAX No. (312) 346-3567

FROM: Ellen Thorne Skrak

OPERATOR: Barbara Rael

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 6

If you do not receive any of these pages, please call the operator at (505) 7667565

**IMPORTANT!**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE, AND RETURN THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

Message: Ben Tracy, Estate of Marilyn Tracy v. Lovelace Sandia, et al.

Attached please find the Complaint filed in the Marilyn Tracy matter.