# EXHIBIT M
TO JOINT STATEMENT OF
UNDISPUTED FACTS

 **united national group®**

United National Insurance Company®
Diamond State Insurance Company®
United National Specialty Insurance Company®
United National Casualty Insurance Company

Three Bala Plaza, East
Suite 300
Bala Cynwyd, PA 19004
Main: (610) 664-1500

March 29, 2006

Cirrus Medical Staffing, LLC
Suite 160
2725 Water Ridge Parkway
Charlotte, NC 28217

        Insured:        Cirrus Medical Staffing LLC
        Policy Number:    AH0000267
        Claimant:      Marilyn Tracy
        Date of Loss:    TBD
        Our File:      06003370

Dear Sir/Madam:

This will acknowledge receipt of the above-captioned matter. Diane Cruz is the claims examiner in our office assigned to the handling of this matter. Please direct all future inquiries to this individual at 610-660-5473.

Very truly yours,

United National Group
Claims Department

Health Care Insurers
Suite 200
7011 Campus Drive
Colorado Springs, CO 80920

UNIC0519