# EXHIBIT N
## TO JOINT STATEMENT OF UNDISPUTED FACTS



# Litigation Assignment Form

Requester: Jennifer Green  |  Phone #: (312) 629-2300  |  Time of Request: 04/11/2006 11:44 AM

| Request Type | | |
|---|---|---|
| ● Portfolio Firm Assignment | | Status Assigned |
| ○ Ad Hoc Activity Assignment | | |
| ○ Legal Exception Request | | |

| | | |
|---|---|---|
| ATLAS Claim Number* | 55406001460 | 11 digit format |
| Expense Suffix* | 001 | Primary Litigated Suffix - the suffix on which legal expenses are to be paid (3 digit format). This should be the suffix which has the highest severity or is likely to be the last to close. |
| | Get ATLAS Data | Click this button to populate fields with data from ATLAS |
| Additional Lit Suffixes | | List each additional litigated suffix on this claim (3 digit format) |
| Non-ATLAS Claim | | For Jefferson or Allianz Claim Numbers only |
| | | |
| Adjuster* | Jennifer Green | |
| State* | NM | (Portfolio Firm Region: Southwest) |
| County* | Bernalillo | (County Zip: 87101) |
| Court Type | State | |

**Claim Information for Case Assignment**

| | | |
|---|---|---|
| HCO* | 554 Interstate Prof Liab - Med Mal | |
| Claim Line* | L | |
| Line Abbreviation* | PI Personal Injury / Professional Liability | |
| CCU Gen ID | (Leave blank if not applicable) | |
| Severity*  Set | 343 Economic Loss, Non-economic Loss, Potential Liability of Insured (111 - 555) | |
| Complexity*  Set | 332 Liability Discovery, Damages Discovery, Parties (111 - 333) | |
| Severity/Complexity Index | 5 | |

**Party Information**

For litigated cases, you must submit the names of all the parties in the litigation so that the law firms can run a conflict check. You can fax the complete pleading, fax just the caption if the caption lists all parties in the suit, or list all parties on this form. Please indicate how you are supplying this information.

Faxed pleading caption, All parties are listed below

| | |
|---|---|
| Case Name | Ben Tracy, as Personal Representative of the Estate of Marilyn Tracy, Deceased vs. Lovelace Sandia Health Services, d/b/a Albuquerque Regional Medical Center, Cirrus Medical Staffing, and Health Resources Network Services, Inc. |
| Insured | Cirrus Medical Staffing, Llc (Name and phone) |
| Claimant | Tracy, Marilyn Est Of |
| Answer for | Cirrus Medical Staffing (List parties here that the firm must answer for) |
| Date of Loss | 10-07-2004 |

(List all other parties here if you are not faxing party information)

**Calculated Case Categories**

IFC00381

| | |
|---|---|
| Claim Region | S4 - INTERSTATE |
| Legal Segment | PL |
| Case Type | Medical Malpractice |
| Comment on Case Type | (Add comment if case type calculation is invalid or incomplete) |

---

**Payment Information**

Cost Sharing    No (Select Y if we are sharing the cost with another carrier)

FFIC Cost Share Percent*    100.00%
Lead/Participant*

Split Billing    No (Select Y if defense costs are to be applied to other claims)

| Split Claim Number(s) | Percentage(s) |
|---|---|
| | % |
| | % |
| | % |

Deductible / SIR    Yes (Select Y is there is any type of deductible on the policy)

Deductible Type*    Expense and Indemnity
Payment Type*    Front End (Firm Bills Insured)
Deductible Amount*    $5,000

---

**Additional Case Details**

Special Treatment Required (Indicate here if the matter requires an immediate Answer and if so the Service Date.)

Date of service was 3/27/06

What was the method and date of delivery of the summons and complaint?

Unk

Was an extension of time to plead or answer obtained, from whom, and when does it expire?

No -- still have time to file answer

Provide additional case information for the receiving firm in the field below. You can paste text into this field.
NOTE: You cannot forward attachments to the law firm by pasting them into this field - they will not be included in the
Word document. If you want to submit attachments, please attach them separately next to the the Word document
when you send your assignment to the Portfolio firm.

---

**Assignment**

Send Assignment to Portfolio Firm

Assigned Portfolio Firm    Jackson & Wallace
Date Submitted    04/11/2006
Portfolio Tax ID    943092256 (Enter this Tax ID when choosing the Vendor on the ATLAS LI Screen)

Local Firm    Yenson, Lynn, Allen & Wosick P.C.
Contact Information
Contact: Terrance P. Yenson

4908 Alameda Blvd. Northeast
Albuquerque, NM 87113
Phone: 505-266-3995

IFC00382

Fax: 505-268-6694

Contact Email                    tyenson@ylawfirm.com

**Email this Assignment Form and fax documents for the conflict check to the following Portfolio Firm contact**

Email for Conflict Check    jphalon@jacksonwallace.com
Fax for Conflict Check        415-982-6700 Attn: Jim Phalon

Special Assignment Notes

IFC00383