**EXHIBIT O**
TO JOINT STATEMENT OF
UNDISPUTED FACTS

## Cruz, Diane

**From:** JGreen2@FFIC.COM
**Sent:** Tuesday, April 11, 2006 5:14 PM
**To:** Cruz, Diane
**Subject:** Fw: E/O Marilyn Tracy v. Cirrus Medical Staffing

Actually the fax number is (312) 346-3567 -- the one listed below just broke today.

--- Forwarded by Jennifer Green/FFIC on 04/11/2006 04:13 PM ---

Jennifer Green/FFIC

04/11/2006 04:11 PM

To "Cruz, Diane" <cruz@unitednat.com>@FFICSMTP
cc
Subject RE: E/O Marilyn Tracy v. Cirrus Medical Staffing Link

Here's my info....

Jennifer Green, J.D.
Claim Analyst
Fireman's Fund Specialty Insurance

33 W. Monroe, 12th Floor
Chicago, Illinois 60603
(800) 628-8574 ext. 452300 or
(312) 629-2300
Fax: (312) 456-7982


"Cruz, Diane" <cruz@unitednat.com>

04/11/2006 04:09 PM

To <JGreen2@FFIC.COM>
cc
Subject RE: E/O Marilyn Tracy v. Cirrus Medical Staffing

will do but I still need your address.
-----Original Message-----
From: JGreen2@FFIC.COM [mailto:JGreen2@FFIC.COM]
Sent: Tuesday, April 11, 2006 5:02 PM
To: Cruz, Diane
Subject: RE: E/O Marilyn Tracy v. Cirrus Medical Staffing

4/11/2006

UNIC0482

If you can e-mail attach it -- I can print it here on my end....

—JLG

"Cruz, Diane" <cruz@unitednat.com>

04/11/2006 03:55 PM

To <JGreen2@FFIC.COM>
cc
Subject RE: E/O Marilyn Tracy v. Cirrus Medical Staffing

Sure - I will release it as soon as I get the complaint. My policy is about 100 pages long. I may have to print it and mail it to you.

Diane

Can you send me your address, phone#, etc.?
-----Original Message-----
**From:** JGreen2@FFIC.COM [mailto:JGreen2@FFIC.COM]
**Sent:** Tuesday, April 11, 2006 4:53 PM
**To:** Cruz, Diane
**Subject:** Re: E/O Marilyn Tracy v. Cirrus Medical Staffing

I'm sending you a copy of our policy and the complaint. Could I conversely get a copy of your policy faxed to (312) 346-3567?

Thanks -- JLG

"Cruz, Diane" <cruz@unitednat.com>

04/11/2006 03:48 PM

To <jgreen2@ffic.com>
cc
Subject E/O Marilyn Tracy v. Cirrus Medical Staffing

```
My File #:  06003370

Hi Jennifer, here is my contact information.  I have sent Greg Allen an email and requested that he send me all
information pertaining to this loss.  Once I receive it, I can make a coverage determination and we can move
forward.
```

4/11/2006

UNIC0483

```
Thanks and I look forward to working with you.  The web address for that law firm we discussed is
www.rodey.com .

Diane Cruz
Sr. Claims Examiner

UNITED NATIONAL INSURANCE COMPANY
3 Bala Plaza East
Suite 300
Bala Cynwyd, PA  19004

Phone #: 610-660-5473
Fax #: 610-660-8885
```

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you.

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you.

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you.

## Cruz, Diane

**From:** Cruz, Diane
**Sent:** Tuesday, April 11, 2006 4:49 PM
**To:** 'jgreen2@ffic.com'
**Subject:** E/O Marilyn Tracy v. Cirrus Medical Staffing

My File #: 06003370

Hi Jennifer, here is my contact information. I have sent Greg Allen an email and requested that he send me all information pertaining to this loss. Once I receive it, I can make a coverage determination and we can move forward.

Thanks and I look forward to working with you. The web address for that law firm we discussed is www.rodey.com .

Diane Cruz
Sr. Claims Examiner

UNITED NATIONAL INSURANCE COMPANY
3 Bala Plaza East
Suite 300
Bala Cynwyd, PA  19004

Phone #: 610-660-5473
Fax #: 610-660-8885

UNIC0485