# EXHIBIT P
TO JOINT STATEMENT OF
UNDISPUTED FACTS

## Cruz, Diane

**From:** Cruz, Diane
**Sent:** Tuesday, April 11, 2006 4:43 PM
**To:** 'gallen@cirrusmedicalstaffing.com'
**Subject:** E/O Marilyn Tracy v. Cirrus Medical Staffing


Ack
ltr-06003370.doc

reg,

It was a pleasure speaking with you this afternoon and I hope you don't think the defense of your case will transpire in the same fashion as the reporting of this case has! Once the coverage hurdle has been jumped, I will coordinate with Jennifer Green at Fireman's Fund and will seek to put together the best defense team for your needs. After I receive your overnight package, I can evaluate coverage afforded in conjunction with the allegations raised within the lawsuit and we can move forward.

If you have any questions or concerns, please feel free to contact me.

Diane Cruz
610-660-5473

1

UNIC0515