# EXHIBIT Q
## TO JOINT STATEMENT OF UNDISPUTED FACTS



**united national group®**

United National Insurance Company®
Diamond State Insurance Company®
United National Specialty Insurance Company®
United National Casualty Insurance Company

Three Bala Plaza, East
Suite 300
Bala Cynwyd, PA 19004
Direct: (610) 660-5473
Main: (610) 664-1500
Fax: (610) 660-8885
dcruz@unitednat.com
www.unitednat.com

Via Email: gallen@cirrusmedicalstaffing.com

April 11, 2006

Cirrus medical Staffing, LLC
4651 Charlotte Park Drive
Suite 400
Charlotte, NC 28217

Attn.: Greg Allen, Director

Re:  Our File #:     06003370
     Insured:        Cirrus Medical Staffing
     Employee:       Cathy Robinson
     Plaintiff:      Ben Tracy, as Personal Representative of the
                     Estate of Marilyn Tracy
     Date/Event:     10/7/04
     Admit Dates:    Unknown
     Policy #:       AH0000267
     Eff. Dates:     1/27/06 – 1/27/07
     Retro. Date:    6/1/02

Dear Mr. Allen:

It was a pleasure speaking with you this date and I look forward to being of service to you and Cirrus Medical Staffing in the resolution of the above captioned matter.

At the present time we have insufficient information to properly evaluate coverage afforded to Cirrus as a result of the above notice lawsuit. Please provide me with a complete copy of the lawsuit as well as the chart for Marilyn Tracy. If possible, I ask that this material be submitted via overnight mail.

I have been in contact with Jennifer Green at Fireman's Fund and will coordinate all future litigation management with Ms. Green.

If you have any questions or concerns, please feel free to contact me directly.

Sincerely,

*Diane Cruz*

Diane Cruz
Sr. Claims Examiner
610-660-5473

UNIC0516