# EXHIBIT V
TO JOINT STATEMENT OF
UNDISPUTED FACTS

Mail Room
MAR 2 7 2007

2725 Water Ridge Parkway | Suite 160 | Charlotte, North Carolina | 28217 | USA
T 704 887 3900 | F 704 887 3919 | www.cirrusmedicalstaffing.com

# Cirrus
MEDICAL STAFFING

March 19, 2007

Jennifer Green, JD, Claim Adjuster
Fireman's Fund Insurance Companies
33 West Monroe
Suite 1200, 12th Floor
Chicago, IL 60603

**RE: Tracy V. Lovelace Sandia Health Services, Et Al. Claim #554 06 001460**

Dear Ms. Green:

We understand that mediation on the above scheduled case is on Wednesday, March 21, 2007 in Albuquerque, NM. Due to the limits available under our previous Fireman's Fund policy, we expect you to resolve this matter within the $1,000,000 limit of the policy. Taking this case to trial will certainly give risk to an excess policy verdict. Doing such will put Cirrus in a situation of no cash reserve in excess of the policy limit. The appeal process could be years before any award exceeding the policy limit would (or could) be paid. On the other hand, they could receive their money in a short period of time. If Fireman's Fund receives a settlement offer within the $1 million limits, and do not settle the claim, Fireman's Fund will be responsible for any verdict over the $1 million limit. In addition, an excess policy verdict would put our organization out of business.

We appreciate your attention to our best interests and your resolving this matter within the policy limits.

Sincerely,

Greg Allen
President,
Cirrus Medical Staffing

CC:   Garry Smith, Lockton Companies of Colorado, LLC
      Terrancy P. Yelton, Yenson, Lynn, Allen & Wosick

IFC00983