# EXHIBIT X
TO JOINT STATEMENT OF
UNDISPUTED FACTS

2725 Water Ridge Parkway | Suite 160 | Charlotte, North Carolina | 28217 | USA
T 704 887 3900 | F 704 887 3919 | www.cirrusmedicalstaffing.com



Cirrus
MEDICAL STAFFING

March 20, 2007

United National Group
Three Bala Plaza, East
Suite 300
Bala Cynwyd, PA 19004

Attn: Diane Cruz,
Sr. Professional Liability Examiner

RE:   Insured: Cirrus Allied Health, LLC
      Plaintiff: Ben Tracy, as Personal Representative
      of The Estate of Marilyn Tracy, Deceased
      Policy #: AH0000267
      Eff. Dates: 1/27/06 – 1/27/07
      Retro Date: 6/1/02
      File #: 06003370
      Date/Event: 10/7/04
      Date/Report: 3/29/06

It has come to my attention that the claim regarding Tracy V. Lovelace Sandia Health Services, b/b/a/ Albuquerque Regional Medical Center, United National was indeed the insurance carrier for Cirrus Medical Staffing during the date the above claim was made (March, 06), as evidenced in your letter to me dated 10/6/06. It is for this reason that the expectation of Cirrus Medical Staffing is that United National Group participate in the settlement and/or resolution of this particular claim within the policy limits of our agreement with United National Group.

Sincerely,

Greg Allen
President,
Cirrus Medial Staffing

cc:   Gary Smith, Lockton Companies of Colorado, LLC
      Terrance P. Yenson, Yenson, Lynn, Allen & Wosick
      Jennifer Green, Fireman's Fund Insurance Companies