# EXHIBIT Z
TO JOINT STATEMENT OF
UNDISPUTED FACTS

Jennifer Green/FFIC                    To  <seth.davis@davisrisk.com>
03/21/2007 01:25 PM                    cc
                                       bcc
                            Subject  Re:

PLEASE CALL ME ON THIS -- My knee-jerk thinking is that it is not our duty to disclose this information -
UNG involvement is technically a coverage issue between them and Cirrus. If Cirus feels the need to
disclose this to defense counsel - so be it. It should be left up to them. Disclosure at this point may only
serve to complicate things.

"Seth J Davis" <seth.davis@davisrisk.com>



"Seth J Davis"
<seth.davis@davisrisk.com>                 To  <JGreen2@FFIC.COM>
03/21/2007 01:14 PM                        cc  <seth.davis@davisrisk.com>
Please respond to
<seth.davis@davisrisk.com>          Subject  Re:

Fyi...Terry doesn't know that United National is involved.  I did not tell
him and will not untill you tell me it's ok.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: JGreen2@ffic.com <JGreen2@ffic.com>
To: seth.davis@davisrisk.com <seth.davis@davisrisk.com>
Sent: Wed Mar 21 09:45:14 2007
Subject: Re:

Here's my cell today in case I'm not at my desk -- 773-550-0528

Thanks -- JLG



"Seth J Davis" <seth.davis@davisrisk.com>

03/21/2007 11:38 AM
Please respond to
<seth.davis@davisrisk.com>

To
<JGreen2@FFIC.COM>
cc
Subject
Re: