# EXHIBIT BB

TO JOINT STATEMENT OF
UNDISPUTED FACTS

 **UnitedAmerica** Insurance Group

Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
P: 610.664.1500
F: 610.660.8682

Diane Cruz
Direct Line: (610) 660-5473
dcruz@unitednat.com

Member Companies

Penn-America Group

Penn-America
Insurance Company

Penn-Star
Insurance Company

Penn-Patriot
Insurance Company

United National Group

United National
Insurance Company

Diamond State
Insurance Company

United National Specialty
Insurance Company

United National Casualty
Insurance Company

Americas'
UnitedAmerica Indemnity, Ltd.

March 30, 2007

Mr. Greg Allen, President
Cirrus Medical Staffing
4651 Charlotte Park Drive
Suite 400
Charlotte, NC 28217

Re:  Insured:         **Cirrus Medical Staffing, LLC**
     Plaintiff:        **Ben Tracy, as Personal Representative of the Estate of Marilyn Tracy, Deceased**
     Policy No.:       AH 0000267
     Policy Period:    01/27/2006 – 01/27/2007
     Retro Date:       06/01/2002
     Claim No.         06003370

Dear Mr. Allen:

I am writing in response to your recent correspondence regarding the above-referenced claim. You requested that United National participate in the settlement and/or resolution of this claim. As previously indicated, under the terms of the United National policy, there is no coverage under the United National policy for this claim. Nevertheless, in an effort to facilitate an amicable resolution of the underlying claim, United National agreed to participate in the settlement without waiver of any of its rights. It is our understanding that Interstate Fire & Casualty Company committed to contribute the remainder of the settlement funds to resolve the underlying matter.

I hope this responds to your inquiry. Should you have any questions or concerns regarding any of the above, I can be reached Monday through Friday between the hours of 8:00 am and 4:30 pm. I thank you for your attention to these matters.

Very truly yours,
UNITED NATIONAL INSURANCE COMPANY

*Diane Cruz*
Diane Cruz
Senior Claims Examiner

06003370-5984/2007