# EXHIBIT CC

TO JOINT STATEMENT OF
UNDISPUTED FACTS

 **UnitedAmerica** Insurance Group

Mail Room
APR 0 3 2007

Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
P: 610.664.1500
F: 610.660.8882

Diane Cruz
Direct Line: (610) 660-5473
dcruz@unitednat.com

Member Companies

Penn America Group

United National Group

UnitedAmerica Indemnity Ltd

March 30, 2007

Mr. Christopher J. Borders
Hinshaw & Culbertson, LLP
One California Street – 18th Floor
San Francisco, California 94111

Re:  Insured:       **Cirrus Medical Staffing, LLC**
     Plaintiff:     **Ben Tracy, as Personal Representative of the Estate of Marilyn Tracy, Deceased**
     Policy No.:    AH 0000267
     Policy Period: 01/27/2006 – 01/27/2007
     Retro Date:    06/01/2002
     Claim No.      06003370

Dear Mr. Borders:

I am writing in response to your letter dated March 22, 2007, as well as your March 19, 2007 letter regarding the same matter. This letter incorporates and supplements United National's prior correspondence regarding this claim.

United National has communicated its coverage position to Interstate and the policyholder. United National disagrees with your suggestion that the policy is ambiguous, or that United National has waived any of its rights with respect to this claim. United National has specifically reserved all of its rights and waived none.

In addition, despite the fact that United National has disclaimed coverage, and there is no coverage under this policy for the claim, United National offered to contribute $100,000 toward the settlement of the underlying claim. United National believes that this contribution exceeds its obligations under the policy, and is not willing to contribute the additional $274,250 demanded in your letter.

06003370-5985/2007

IFC01264

Page 2

Nothing in this letter is intended to be, nor should it be construed as, a waiver of any rights United National may have under the policy or applicable law. Please direct all further inquiries regarding this matter to Anita Fox at 517.377.0837 or afox@fraserlawfirm.com.

Very truly yours,

UNITED NATIONAL INSURANCE COMPANY

Diane Cruz
Senior Claims Examiner

cc: Jennifer Green, Claims Specialist
    Interstate Fire & Casualty Company

06003370-5985/2007

IFC01265