**EXHIBIT DD**
TO JOINT STATEMENT OF
UNDISPUTED FACTS

## United National Group

**HOME HEALTH CARE /
TEMPORARY STAFFING
APPLICATION**

Return to:

**INSTRUCTIONS:**
A. Please type or print clearly. Answer ALL questions completely.
B. If any question, or part thereof, does not apply, print "N/A" in the space provided.
C. If more space is needed, continue on a separate sheet of your firm's letterhead, indicating question number.
D. To this application, please attach copies of
   - Marketing or advertising brochures.
   - Descriptive materials provided to clients.
   - Copy of JCAHO accreditation report, or other similar, if applicable.
   - Other attachments as required in response to application questions.
   - Most current annual financial statement prepared by a CPA.
E. All materials submitted or required shall be held in confidence.

**GENERAL INFORMATION**

1. Insured  _Cirrus_
   Main Location Address
   _4651 Charlotte Park Dr, Suite 400_   _Charlotte_,  _NC   28217_   _Mecklenburg_
   Street                                  City              State/Zip          County

2. Tax Identification Number _56-2274850_   Telephone Number _(704) 887-3900_

3. Years in Business _3.8 yrs._   Are you currently enrolled in a PCF?  ☐ Yes  ☐ No

4. Mailing Address (if different than above)
   _N/A_
   Street            City              State/Zip          County

5. List all locations and areas of operations
   _above address_
   Street            City              State/Zip          County
   _118 W. 6th St. #200_  _Glenwood Springs, CO  81601_  _Garfield_
   Street            City              State/Zip          County

Page 1 of 9

UNIC0613

6. Provide names of all legal entities, including subsidiaries desiring coverage. Please provide a description of the entity, percentage owned and date acquired. If applicable, the requested Prior Acts date.

| Name | Description | % Owned | Date Acquired | Prior Acts Date |
|---|---|---|---|---|
| Lester Chun | Owner | 85% | 2/02 | 2/02 |
| Greg Allen | Owner | 15% | 2/02 | 2/02 |
|  |  |  |  |  |

7. Within the past 5 years, has applicant acquired, sold or discontinued any operations? ☐ Yes ☑ No

8. Applicant is:   ☐ Individual  ☑ Partnership  ☐ Corporation   Other _(LLC)_

9.) Total Annual Gross Receipts (Please attach financial statement prepared by a CPA.) $ _____

10. Does the applicant provide any overnight bed facilities?   ☐ Yes ☑ No

11. Does the applicant perform any treatment or services on the applicant's premises?   ☐ Yes ☑ No

**COVERAGE REQUESTED**

12. Requested Effective Date __1/27/06__
    (If new venture, please provide owner's resume' and description of related industry experience.)

13 ✓ **Professional Liability**  ☐ Occurrence  ☑ Claims Made  ☐ Prior Acts Date _____
    (Attach copy of prior claims made policy Declarations if requesting prior acts.)
    ☐ $   100,000 per Incident / $    300,000 Aggregate
    ☐ $   250,000 per Incident / $    750,000 Aggregate
    ☐ $   500,000 per Incident / $    500,000 Aggregate
    ☐ $1,000,000 per Incident / $1,000,000 Aggregate
    ☐ $1,000,000 per Incident / $2,000,000 Aggregate
    ☐ $1,000,000 per Incident / $3,000,000 Aggregate
    ☐ $2,000,000 per Incident / $4,000,000 Aggregate
    ☐ $3,000,000 per Incident / $5,000,000 Aggregate

14. ✓ **General Liability**   ☑ Occurrence  ☐ Claims Made  ☐ Prior Acts Date _____
    (Attach copy of prior claims made policy Declarations if requesting prior acts.)
    Each Occurrence (cannot be excess PL limit)    $ _1,000,000.00_
    Medical Expense Limit (Per Person)              $ _5,000.00_
    Fire Damage Limits of Liability (Any one Fire)  $ _100,000.00_
    Products / Completed Operation Aggregate        $ _1,000,000.00_
    General Aggregate (Other than Products)         $ _1,000,000.00_

Page 2 of 9

For the next three coverage parts, please input the exposure information on pages 7 and 8.

15. ✓ Non-Owned Auto Liability (General Liability Coverage must be selected)
- ☐ $ 100,000 per Incident / aggregate
- ☐ $ 250,000 per Incident / aggregate
- ☐ $ 500,000 per Incident / aggregate
- ☑ $1,000,000 per Incident / aggregate

16. ✓ Employee Benefits Liability / Claims Made (General Liability Coverage must be selected)
- Each Person $ 1,000,000
- Total Limit $ 1,000,000
- Prior Acts Date 6/07/02

(Attach copy of prior claims made policy Declarations, if applicable.)

17. ✓ Stop Gap Liability (General Liability Coverage must be selected)
- Each Person $ 500,000
- Each Disease $ 500,000
- Total Limit $ 500,000

18. Per Claim Deductible
(Same deductible must be selected for both Professional and General Liability.)
- ☐ none      ☐ $1,000      ☑ $5,000
- ☐ $10,000   ☐ $25,000     ☐ Other _____

19. List Professional Liability policies covering the firm indicated in Question #1 over the past 5 years. If **No** insurance was in effect for a given year, state "None" where applicable below.

| | Company | Policy Number | Policy Period | Claims Made or Occurrence | Retro Date | Policy Limits | Deductible | Annual Premium |
|---|---|---|---|---|---|---|---|---|
| 3rd — Current Yr. | Nat. Union | HHA1914-799 | | O | 6/1/02 | $1M-$3M | $3500 | $10,459 |
| 2nd — Prior Yr. | Nat. Union | HAN1914-79904 | | O | 6/1/02 | $1M-3M | $2500 | $37,588 |
| prior — 2nd Prior Yr. | ILL Union | CRL134 914 | | O | 6/1/02 | $1M-$3M | $2500 | $36,178 |
| current — 3rd Prior Yr. | Interstate | ASC1000-204 | | O | 6/1/02 | $1M-3M | $2500 | $4,839 |
| | 4th Prior Yr. | | | | | | | |

20. List General Liability policies covering the firm indicated in Question #1 over the past 5 years. If **No** insurance was in effect for a given year, state **"None"** where applicable below.

| Company | Policy Number | Policy Period | Claims Made or Occurrence | Retro Date | Policy Limits | Deductible | Annual Premium |
|---|---|---|---|---|---|---|---|
| Current Yr. | SAME | | | | | | |
| Prior Yr. | | | AS | | 1M | | |
| 2nd Prior Yr. | | | | | 3M | | |
| 3rd Prior Yr. | | | | | | | |
| 4th Prior Yr. | | | | | | | |

**CLAIM HISTORY**

21. Has any Professional or General Liability claim or suit been brought in the past five years against the applicant or any predecessor in interest concerning the entity to be insured, or are you aware of any claims or suits, or any incident that could become a claim or suit, that has not been reported to your current insurance carrier?     ☐ Yes  ☑ No

    If YES, please attach information for each claim, suit or incident that includes the following:
    - Date of Accident and Date of Notice
    - Claimant Name
    - Amount Paid or Reserved
    - Status – Open or Closed
    - Insurance Carrier
    - Allegations
    - Description of Treatment Rendered.

22. Has any company cancelled, declined or refused to issue similar insurance?     ☐ Yes  ☑ No
    If Yes, please explain: _____

**EMPLOYEES / INDEPENDENT CONTRACTORS**

23. Where are employees / independent contractors placed, (by percentage)?
    Private Homes _0_%  Hospitals _100_%   Nursing Homes _0_%  Assisted Living _0_%
    Medical Clinics _0_%  Doctor's Offices _0_%  Other (describe) _____ _0_%

24. What percentage of clients require:
    Pediatric Care _5_%  Cardiac Care _10_%  Respiratory Support _10_%  Infusion Therapy _5_%

Page 4 of 9

UNIC0616

25. Are any of your employees assigned to temporarily staff the:

| | | If Yes, number of staff: |
|---|---|---|
| Emergency Room | ☒ Yes ☐ No | 22 |
| Labor & Delivery Rooms | ☒ Yes ☐ No | 6 |
| Intensive Care Units | ☒ Yes ☐ No | 18 |

26. Health Care Professionals

| Employees/ Contracted Services | Number of Employees | Number of Ind. Contractors | Est. Hours Worked Employees | Est. Hours Worked Contractors | Est. Annual Payroll Employees | Est. Annual Payroll Ind. Contractors |
|---|---|---|---|---|---|---|
| Physical & Respiratory Therapists | 0 | 4 | 0 | 160 | 0 | 6,722 |
| Nurses Temporary Staffing | | 128 | | 4770 | | 144,041 |
| Nurses-Other than Temporary Staffing | | 0 | | 0 | | 0 |
| Nurse Aides / Home Health Aides / Homemakers | | 0 | | 0 | | 0 |
| Medical Technicians | | 0 | | 0 | | 0 |
| Pharmacists | | 0 | | 0 | | 0 |
| Occupational Therapists / Speech & Hearing Therapists | | 0 | | 0 | | 0 |
| Social Workers | | 0 | | 0 | | 0 |
| Physician | | 0 | | 0 | | 0 |
| Physician Assistant / Nurse Practitioner/ Clinic Nurse Specialist | | 2 | | 76 | | 5,762 |
| Live-In Companions | | 0 | | 0 | | 0 |
| All Others (Describe) Surgical Techs / Rad Techs | | 33 | | 1306 | | 34,571 |

(Complete job descriptions must accompany this application for those professionals indicated in Q. 26 above.)

27. Please provide information requested for each Medical Director and/or Physician providing services at the applicant's facility. (Attach copy of medical malpractice policy Declarations.)

| | Ins. Carrier & Effective Date | Policy Limits | State of Licensure | License Number | Employee or Contractor | Hours Per Month |
|---|---|---|---|---|---|---|
| Name - Medical Dir. | N/A | N/A | N/A | N/A | N/A | N/A |
| Name - Physician | | | | | | |
| Name - Physician | | | | | | |

Page 5 of 9

**HIRING / SCREENING AND EMPLOYMENT PROCEDURES**

28. Are employees' / contractors' references contacted before hiring or placement?   ☑ Yes  ☐ No
    Check all that apply:    ✓ Written    ✓ Verbal

29. Check all the following that apply if obtained, verified, and filed as part of each employee screening and hiring process:
    Applications ✓               Multi-State Registry ✓
    Drug / HIV / Hep. Testing ✓  Criminal Background Checks ✓
    Education/Competency ✓       Licenses/Annual Confirmation ✓

30. Does applicant question prospects about previous claims or suits?   ☑ Yes  ☐ No

31. Are employees required to actively participate in continuing education?   ☑ Yes  ☐ No

32. Does applicant verify any pending license suspensions, revocations?
    or pending disciplinary actions?   ☑ Yes  ☐ No

33. Are professional employees required to carry their own insurance?   ☐ Yes  ☑ No
    If Yes, what minimum is required?  $_____
    Are certificates of insurance kept on file?   ☑ Yes  ☐ No

**ACCREDITATION**

34. Is applicant a member of?
    JCAHO ✓                          National Association of Home Care ___
    CHAP ___                         National League for Nursing ___
    Nat'l Homecaring Council ___     Nat'l Assoc. For Home Care ___
    Nat'l Assoc. of Private Duty ___ American League for Nursing ___
    Am. Public Health Assoc. ___     Nat'l Hospice Organization ___
    Other _____

35. Is applicant licensed to do business in the states listed above where required?   ☑ Yes  ☐ No
    Has applicant's license ever been suspended, revoked or restricted?   ☐ Yes  ☑ No
    (If yes, please provide details)._____
    _____

36. Is applicant certified for Medicare reimbursement?   ☐ Yes  ☑ No

**RISK MANAGEMENT**

37. What management body oversees the quality of patient care?  _Director of Nursing (RN)_
    (i.e. medical director, advisory board, etc.)

UNIC0618

38. Do you have a formal written quality assurance and risk management program? *Interview Protocols / Credentialing Protocols*  ☒ Yes ☐ No
    Person Responsible: Greg Allen    Title: President

39. Does applicant participate in any health fairs / health screening?  ☐ Yes ☒ No

40. Please indicate if the following policies and procedures are established and adhered to by all staff, including contractors and volunteers. Please explain in an attachment any "No" answers.

    a. Physician notification in the event of changes in the patient's condition ☒ Yes ☐ No
    b. Communication to supervisors and team members ☒ Yes ☐ No
    c. Drug administration procedures ☒ Yes ☐ No
    d. Medical emergencies ☒ Yes ☐ No
    e. Daily work reports (Nursing reports, hospital notes, etc.) ☒ Yes ☐ No
    f. Patient selection / Physician home care treatment plan ☒ Yes ☐ No
    g. Service discontinuation ☒ Yes ☐ No
    h. Safe lifting, transferring and ambulating ☒ Yes ☐ No
    i. Incident reporting (medication errors, patient injury, etc.) ☒ Yes ☐ No
    j. Sexual / Physical Abuse awareness training ☒ Yes ☐ No
    k. Advance directives (Living Will) ☒ Yes ☐ No
    l. Medical equipment training ☒ Yes ☐ No
    m. Patient's rights ☒ Yes ☐ No

**CONTRACTUAL AGREEMENTS**

41. Does applicant enter into contractual agreements (i.e. hospitals, nursing homes)?  ☒ Yes ☐ No

42. Do contractual agreements contain hold harmless or indemnification clauses favorable to the applicant?  ☒ Yes ☐ No

43. Is applicant required to name any other entity as an additional insured?  ☐ Yes ☒ No
    If so, please list name and address of each entity and the business relationship.
    _____
    _____
    _____

**GENERAL LIABILITY**

44. Does applicant sponsor any sporting, fundraising or social events?  ☐ Yes ☒ No
    Please explain _____

45. Does applicant sell any medical supplies and/or equipment?  ☐ Yes ☒ No
    If Yes, Annual Receipts $_____

46. Does applicant rent or lease any medical supplies and/or equipment?  ☐ Yes ☒ No
    If Yes, Annual Receipts $_____

47. Is the applicant named as an additional insured or vendor on the manufacturer's policy for any/all products?  ☐ Yes ☒ No

**EMPLOYEE BENEFITS LIABILITY**

48. Number of total employees  168

49. Average professional turnover  20 %    Average non-professional turnover  10 %

50. Employee Benefits provided:   ☒ Health  ☒ Life  ☒ 401K  ☒ Section 125

**NON-OWNED AUTOMOBILE LIABILITY**

51. Are driving records, MVR's checked annually?  ☑ Yes ☐ No

52. Estimated annual number of non-medical patient transports  _0_

53. Are employees required to carry personal auto insurance?  ☑ Yes ☐ No
    If Yes, what minimum limit is required? $ _State regulation (home state)_
    Are certificates of insurance kept on file?  ☐ Yes ☑ No

**STOP GAP LIABILITY**

54. Total Annual Payroll by State: (Monopstate)
    ND - $0
    OH - $386,385.06
    WA - $113,959.06
    WV - $242,582.50
    WY - $4,483.06

UNIC0621

This insurance does not apply to any of the following: physician, surgeon, dentist, nurse midwife, chiropractor, podiatrist, osteopath, and psychiatrist. Unless otherwise provided by endorsement, these medical professional occupations are excluded from coverage. The insurance described herein is subject to all terms, conditions and exclusions of the insurance certificate.

**YOUR APPLICATION CANNOT BE PROCESSED UNLESS COMPLETED IN ITS ENTIRETY.**

**This applicant declares** that the information contained in the application is true and that no material facts have been suppressed or misstated.

**The applicant understands** that incorrect or incomplete information could void their protection.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act.

Underwritten by United National Insurance Company, Diamond State Insurance or any members of United National Group.

SIGNATURE OF APPLICANT X _[signature]_    DATE X 1/23/06

(Must be signed by principal, partner or officer of group or individual applying for insurance.)

Producer: _____

Telephone Number: (___) _____

Producer's Address:

_____
Street                City                State/Zip

Tax I.D. Number / New Jersey SL #:

_____

**Notice to New York Applicants:** any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.