JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
 *tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 10.<br><br>        Defendants | Action No.: C 07-04943 JL<br><br>DECLARATION OF DIANE CRUZ IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT UNITED NATIONAL'S MOTION FOR SUMMARY JUDGMENT. |
| UNITED NATIONAL INSURANCE COMPANY,<br><br>        Cross-complainant,<br><br>    v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY and Roes 1 through 10,<br><br>        Cross-defendants. | |

1       I, Diane Cruz, declare as follows:

2       1.      I am a Senior Claims Examiner for United National Insurance Company and I was the United National employee responsible for the adjustment of and day-to-day handling of the claim by Cirrus Medical Staffing LLC pertaining to the underlying lawsuit styled *Tracy v. Lovelace Sandia Health Services dba Albuquerque Regional Medical Center*, State of New Mexico, Second Judicial District, County of Bernalillo, No. CV 2005 07009. The following facts are based upon my personal knowledge and I would competently testify to them if called as a witness.

        2.      I have reviewed the following documents supporting United National's motion for summary judgment: (1) the original complaint in the *Tracy* action, Exhibit E; (2) the January 4, 2006, letter from attorney Ellen Thorne Skrak to Cirrus, Exhibit F; (3) the January 5, 2006, fax from Ms. Skrak to Greg Allen of Cirrus, Exhibit G; (4) the January 5, 2005, "General Liability Notice of Occurrence/Claim," Exhibit H; (5) the January 6, 2006, e-mail from Terry Bellotti to "Interstate – Claims – Sheila Robertson," Exhibit I; (6) the January 10, 2006, fax from Ms. Skrak to Jennifer Beran, Exhibit J; and, (7) the January 18, 2008, e-mail from Bill Hanaway to Cheryl Kleinke, Exhibit K.

        3.      I did not know of any of the documents listed in paragraph 2 before United National contributed to the settlement of the *Tracy* action. I did not know of the above documents until, in the case of Exhibits E-J, they were produced by Interstate Fire & Casualty Company to United National in this litigation, and, in the case of Exhibit K, I was provided with a copy of this document from United National's underwriting file in the course of this litigation.

        4.      I did not know until after United National contributed to the settlement of the *Tracy* action that Allen, Cirrus, or Interstate, had any knowledge of the *Tracy* action, the *Tracy* complaint, or the alleged involvement of nurse Cathy Robinson in the death of Marilyn Tracy during the Interstate policy period, or that Allen, Cirrus, and Interstate had communicated about these subjects. I only learned of the knowledge of Allen, Cirrus, and Interstate about these subject, and their communications during the Interstate policy

1  period, after I received copies of the above documents in the course of this litigation.
2      I declare under penalty of perjury under United States law that the foregoing is true
3  and corrected. Executed this 18th day of July, 2008, at Bala Cynwyd, Pennsylvania.

_____
Diane Cruz

*Interstate Fire & Casualty Company v. United National Ins. Co.*
United State District Court, Northern District Court No.: C 07-04943 MHP

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**DECLARATION OF DIANE CRUZ IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT UNITED NATIONAL'S MOTION FOR SUMMARY JUDGMENT**

[ ]  (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]  **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff, Fireman's Fund Ins. Co.**
Christopher J. Borders
Casey A. Hatton
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
Fax: (415) 834-9070

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Francisco, California.

*Fatima Puente*
Fatima Puente