JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
 *tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 10.<br><br>Defendants | Action No.: C 07-04943 JL<br><br>DECLARATION OF THOMAS NIENOW IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT UNITED NATIONAL'S MOTION FOR SUMMARY JUDGMENT. |
| UNITED NATIONAL INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY and Roes 1 through 10,<br><br>Counterdefendants. | |

I, Thomas H. Nienow, declare as follows:

1. I am an attorney admitted to practice before this Court and I am Of Counsel with Nielsen Haley & Abbott LLP, counsel of record for defendant and counterclaimant United National Insurance Company in this matter. I am the attorney at my firm responsible for the day-to-day handling of this matter. The follow facts are based upon my personal knowledge, and I would competently testify to them if called as a witness in this matter.

2. I have reviewed numerous times United's claim file for the underlying litigation styled *Tracy v. Lovelace-Sandia Health Services dba Albuquerque Regional Medical Center*, State of New Mexico, Second Judicial District, County of Bernalillo, No. CV 2005 07009. I caused the nonprivileged portions of the claim file for the *Tracy* action to be Bates stamped, and then caused those documents to be produced to plaintiff and counterdefendant Interstate Fire & Casualty Company.

3. Attached hereto as Exhibit EE are true and correct copies of documents from United's claim file bearing Bates numbers UNIC0107 and UNIC 0108. I understand, and am informed and believe, that these documents reflect United National's transmission of its check for settlement of the *Tracy* action, which transmission, I understand, occurred on or about June 18, 2007.

I declare under penalty of perjury under United States law that the foregoing is true and correct. Executed this 21st day of July, 2008, at San Francisco, California.

*[signature]*

Thomas H. Nienow

DECLARATION OF THOMAS NIENOW IN SUPPORT OF UNITED NATIONAL'S MOTION FOR SUMMARY JUDGMENT.

# EXHIBIT EE

THE INFORMATION ON THIS PAGE REPRESENTS A CLAIM CHECK
ISSUED BY THE UNITEDAMERICA INSURANCE GROUP AND IS
DOCUMENTATION OF PAYMENT.

| | |
|---|---|
| Check Number | 0305553 |
| Date Issued | 6/15/07 |
| Insurance Company | UNITED NATIONAL INSURANCE COMPANY |
| Claim Number | 06008669 |
| Insured Name | YENSON, LYNN, ALLEN & WOSICK |
| Claimant Name | MARILYN TRACY |
| Payee | BEN TRACY, AS PERSONAL REPRESENTATIVE OF THE ESTA[ |
| Amount | $100,000.00 |
| Mail To Name<br>Address | YENSON, LYNN, ALLEN & WOSICK<br>ATTN.: JENNIFER JELSON<br>4908 ALAMEDA BLVD. NE<br>ALBUQUERQUE, NM 87113 |
| Comment | FULL AND FINAL SETTLEMENT OF ALL CLAIMS AGAINST C[ |
| Examiner (Name) | CRUZ DIANE |
| Loss/Expense | LOSS |
| Producer (Name & Address) | HEALTH CARE INSURERS<br>7011 CAMPUS DR. SUITE 200<br>A DIVISION OF RISK PLACEMENT<br>SERVICES, INC.<br>COLORADO SPRINGS, CO 80920 |

### UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to a location of The UPS Store®, UPS Drop Box, UPS Customer Center or Authorized Shipping Outlet near you. Items sent via UPS Return Services (including Ground Returns) are accepted at any UPS Drop Box.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

```
SHAWN LUSCHENAT
UNITED NATIONAL INSURANCE CO
THREE BALA PLAZA EAST
BALA CYNWYD PA 19004

LTR    1 OF 1

SHIP TO:
ATTN: JENNIFER JELSON
YENSON, LYNN, ALLEN & WOSICK
4908 ALAMEDA BLVD. NE
ALBUQUERQUE, NM 87113-1736

NM 871 9-02

UPS NEXT DAY AIR SAVER  1P
TRACKING #: 1Z R2R 232 13 9112 5401

BILLING: P/P
COST CENTER: 3.0
Department: Claims

CS 9.0.29.0   WXFB60 64.0A 02/2007
```

UNIC0108

*Interstate Fire & Casualty Company v. United National Ins. Co.*
United State District Court, Northern District Court No.: C 07-04943 MHP

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**DECLARATION OF THOMAS NIENOW IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT UNITED NATIONAL'S MOTION FOR SUMMARY JUDGMENT**

[ ]    (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]    **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff, Fireman's Fund Ins. Co.**
Christopher J. Borders
Casey A. Hatton
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
Fax: (415) 834-9070

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Francisco, California.

*/s/ Fatima Puente*
Fatima Puente

PROOF OF SERVICE