JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
 *tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 10.<br><br>Defendants | Action No.: C 07-04943 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT UNITED'S MOTION FOR SUMMARY JUDGMENT. |
| UNITED NATIONAL INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY and Roes 1 through 10,<br><br>Counterdefendants. | |

1  The motion of defendant and counterclaimant United National Insurance Company
2  for summary judgment under Fed.R.Civ.P., Rule 56, came on regularly for hearing on
3  August 18, 2008, at 2:00 p.m.  United appeared through counsel Thomas H. Nienow of
4  Nielsen, Haley & Abbott LLP, and plaintiff and counterdefendant Interstate Fire &
5  Casualty Company appeared through counsel Christopher J. Borders of Hinshaw &
6  Culbertson LLP.  The Court, having read and considered the moving and opposing papers
7  and oral argument of counsel, and good cause appearing, hereby grants United's motion
8  and orders that judicial declarations be and hereby are entered in accordance with Untied
9  National's contentions in its operative pleading in this action, that judgment be entered in
10 favor of United and against Interstate on Interstate's complaint, that a money judgment be
11 entered in favor of United and against Interstate in the sum of $100,000 plus prejudgment
12 interest from June 18, 2005, and that United recover its costs.
13
14
15 Dated: _____     _____
                                      Marilyn Hall Patel
16                                    UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

*Interstate Fire & Casualty Company v. United National Ins. Co.*
United State District Court, Northern District Court No.: C 07-04943 MHP

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT UNITED'S MOTION FOR SUMMARY JUDGMENT.**

[ ] (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X] **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff, Fireman's Fund Ins. Co.**
Christopher J. Borders
Casey A. Hatton
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
Fax: (415) 834-9070

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Francisco, California.

*Fatima Puente*
_____
Fatima Puente

PROOF OF SERVICE