Christopher J. Borders (SBN: 135901)
Casey A. Hatton (SBN: 246081)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:  415-834-9070

Attorneys for Plaintiff and Counter-Defendant
INTERSTATE FIRE & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10,<br><br>Defendants.<br>_____<br>UNITED NATIONAL INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10,<br><br>Counter-Defendants. | Case No. CV 07-04943 MHP<br><br>**INTERSTATE FIRE & CASUALTY COMPANY'S OBJECTIONS TO THE DECLARATION OF DIANE CRUZ IN SUPPORT OF UNITED NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           August 18, 2008<br>Time:          2:00 P.M.<br>Courtroom:  15<br><br>Complaint Filed:     August 21, 2007<br><br>Counterclaim Filed: October 1, 2007 |

Interstate Fire & Casualty Company ("Interstate") objects to the Declaration of Diane Cruz submitted in support of United National Insurance Company's ("United National") motion for summary judgment on the grounds that it is irrelevant and introduces issues of fact in violation of Local Rule 56-2. Interstate moves to strike the Declaration of Diane Cruz in its entirety.

Pursuant to Local Rule 56-2, the parties moved for summary judgment based on a joint statement of undisputed material facts. United National attempts to create a material issue of fact by improperly submitting Ms. Cruz's testimony which characterizes the evidence jointly submitted to the Court. Interstate did not stipulate to Ms. Cruz's testimony and it is therefore submitted in violation of Local Rules and should not be considered in support of United National's motion for summary judgment.

Furthermore, Paragraphs 3 and 4 of Ms. Cruz's declaration are entirely irrelevant and are therefore inadmissible. Fed. Rule of Evid. §§ 401, 402. The parties cross-motions for summary judgment involve the discreet issue of contract interpretation of when a "claim" was made against Cirrus. Ms. Cruz's lack of knowledge of United National's underwriting file for Cirrus' policy and lack of investigation regarding Interstate's involvement in the *Tracy* matter are irrelevant to this contract issue.

Based on the foregoing, Interstate objects to the Declaration of Diane Cruz and respectfully requests that the Court issue an order striking the Declaration in its entirety.

DATED: August 5, 2008

HINSHAW & CULBERTSON LLP

*/s/ Christopher J. Borders*
*/s/ Casey A. Hatton*
CHRISTOPHER J. BORDERS
CASEY A. HATTON
Attorneys for Plaintiff and Counter-Defendant