UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>        Defendant(s). | No. C 07-04943 MHP<br><br>**CLERK'S NOTICE** |

The parties are hereby notified that hearing on the motions ,currently on calendar for August 18, 2008, stands VACATED.

Richard W. Wieking<br>
Clerk, U.S. District Court<br><br>
Anthony Bowser, Deputy Clerk to the<br>
Honorable Marilyn Hall Patel<br>
(415) 522-3140

Dated: August 14, 2008