**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

August 29, 2008

**United States District Court**
**for the District of New Mexico**

**333 Lomas N.W.**
**Albuquerque, NM 87102**

RE: CV 07-04943 MHP  FIREMAN'S FUND INSURANCE-v-UNITED NATIONAL INS. CO.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐   Certified copy of docket entries.

☐   Certified copy of Transferral Order.

☐   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record