ADRMOP, CLOSED, E-Filing, PRVADR, TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-04943-MHP
# Internal Use Only

| | |
|---|---|
| Fireman's Fund Insurance Company v. United National Insurance Company | Date Filed: 09/24/2007 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 08/22/2008 |
| Case in other court: Marin County Superior Court, CV 073974 | Jury Demand: Defendant |
| | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity-Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

**Fireman's Fund Insurance Company**   represented by   **Christopher Jay Borders**
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco , CA 94111
(415) 362-6000
Fax: (415) 834-9070
Email: cborders@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Ann Hatton**
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco , CA 94111
415-362-6000
Fax: 415-834-9070
Email: chatton@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United National Insurance Company**   represented by   **James Christian Nielsen**
Nielsen Haley & Abbott LLP
44 Montgomery Street
Suite 750
San Francisco , CA 94104
415-693-0900
Fax: 415-693-9674
Email: jnielsen@nielsenhaley.com

|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|--|--|--|
|  |  | **Thomas Harvey Nienow**<br>Nielsen Haley & Abbott LLP<br>44 Montgomery Street<br>Suite 750<br>San Francisco , CA 94104<br>415 693-0900<br>Fax: 415-693-9674<br>Email: tnienow@nielsenhaley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **3rd party defendant** |  |  |
| **Interstate Fire & Casualty Company** | represented by | **Casey Ann Hatton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Christopher Jay Borders**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter-claimant** |  |  |
| **United National Insurance Company** |  |  |
| V. |  |  |
| **Counter-defendant** |  |  |
| **Fireman's Fund Insurance Company** | represented by | **Christopher Jay Borders**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Casey Ann Hatton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | NOTICE OF REMOVAL /no process from Marin County Superior Court. Their case number is CV 073974. (Filing fee $350 receipt number 34611010770). Filed byUnited National Insurance Company. (ga, COURT STAFF) (Filed on 9/24/2007) (Additional attachment(s) added on 8/29/2008: # 1 Notice of Removal) (gba, COURT STAFF). (Entered: 09/27/2007) |
| 09/24/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 12/26/2007. Case Management Conference set for 1/2/2008 10:30 AM.. Signed by Judge James Larson on 9/24/07. (Attachments: # 1 Judge Standing |

| | | |
|---|---|---|
| | | Order# 2 Court Standing Order# 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/27/2007) |
| 09/24/2007 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/27/2007) |
| 09/28/2007 | 3 | CERTIFICATE OF SERVICE by United National Insurance Company (Nienow, Thomas) (Filed on 9/28/2007) (Entered: 09/28/2007) |
| 10/01/2007 | 4 | ANSWER TO COUNTERCLAIM *Answer and Counterclaim of United National Ins. Co. Demand for Jury Trial*, COUNTERCLAIM against Fireman's Fund Insurance Company byUnited National Insurance Company. (Nienow, Thomas) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/01/2007 | 5 | Certificate of Interested Entities by Thomas Harvey Nienow *Certification as to Interested Parties* (Nienow, Thomas) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/10/2007 | | Summons Issued as to Interstate Fire & Casualty Company. (ga, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 11/05/2007 | 6 | ANSWER TO COUNTERCLAIM 4 Answer to to CounterClaim, Counterclaim *of United National Insurance Company* byFireman's Fund Insurance Company. (Hatton, Casey) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 12/05/2007 | 7 | STIPULATION *To Amend Answer to CounterClaim* by Fireman's Fund Insurance Company, Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | 8 | ANSWER TO COUNTERCLAIM *Amended* byFireman's Fund Insurance Company, Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/11/2007 | 9 | Declination to Proceed Before a U.S. Magistrate Judge by United National Insurance Company *and Request for Reassignment to a United States District Judge*. (Nienow, Thomas) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/12/2007 | 10 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/12/2007) |
| 12/13/2007 | 11 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Marilyn H. Patel for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case. Signed by Executive Committee on 12/13/07. (mab, COURT STAFF) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/18/2007 | 12 | CLERK'S NOTICE: Joint Case Management Statement due by 2/1/2008. Case Management Conference set for 2/11/2008 04:00 PM before the Hon. Marilyn Hall Patel; (awb, COURT-STAFF) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 01/04/2008 | 13 | STIPULATION *TO CONTINUE CASE MANAGEMENT CONFERENCE* by Fireman's Fund Insurance Company. (Hatton, Casey) (Filed on 1/4/2008) |

| | | |
|---|---|---|
| | | (Entered: 01/04/2008) |
| 01/08/2008 | 14 | ORDER Approving re 13 Stipulation filed by Fireman's Fund Insurance Company Initial Case Management Conference continued to 3/3/2008 04:00 PM.. Signed by Judge Marilyn Hall Patel on 1/7/08. (fj, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/08/2008 | | Set/Reset Hearings: Initial Case Management Conference set for 3/3/2008 04:00 PM. (fj, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/08/2008 | | (Court only) ***2/11/08 Deadlines terminated. (fj, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 02/11/2008 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR Certification by Parties and Counsel* (Nienow, Thomas) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 02/14/2008 | 16 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 17 | STIPULATION and Proposed Order selecting Private ADR by Fireman's Fund Insurance Company (Hatton, Casey) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/19/2008 | 18 | ORDER REFERRING CASE to Private ADR 17 Stipulation. Signed by Judge Marilyn Hall Patel on 2/15/08. (fj, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/25/2008 | 19 | JOINT CASE MANAGEMENT STATEMENT filed by United National Insurance Company, Fireman's Fund Insurance Company, Interstate Fire & Casualty Company. (Hatton, Casey) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 03/03/2008 | 20 | Minute Entry: Initial Case Management Conference held on 3/3/2008 before Marilyn H. Patel (Date Filed: 3/3/2008). Cross Motions for Summary Judgment Hearing set for 8/18/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. Cross Motions due by 7/21/2008. Amended Pleadings due by 3/18/2008. Responses due by 8/4/2008. No replies. No more than two depositions per side before filing motions. (Court Reporter Connie Kuhl.) (tl, COURT STAFF) (Date Filed: 3/3/2008) (Entered: 03/04/2008) |
| 03/26/2008 | 21 | STIPULATION *and [Proposed} Order to Amend Pleadings and Deem Counterclaim Against Fireman's Fund Insurance Company Dismissed* by United National Insurance Company. (Hatton, Casey) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/27/2008 | 22 | STIPULATION AND ORDER AMENDING PLEADINGS: See order for more details; Signed by Judge Marilyn Hall Patel on 3/27/2008. (awb, COURT-STAFF) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 06/20/2008 | 23 | NOTICE by United National Insurance Company *Notice of Motion and Motion by United National for Leave to Amend Counterclaim; Memorandum* (Attachments: # 1 Signature Page (Declarations/Stipulations) Declaration of Thomas Nienow in Support of United National's Motion for Leave to Amend |

| | | |
|---|---|---|
| | | Counterclaim, # 2 Proposed Order [Proposed] Order Granting United National's Motion for Leave to Amend Counterclaim)(Nienow, Thomas) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/25/2008 | 24 | MOTION to Amend/Correct, MOTION for Leave to File *Amend Counterclaim; Memorandum* filed by United National Insurance Company. Motion Hearing set for 8/18/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Nienow, Thomas) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 25 | Declaration of Thomas H. Nienow in Support of 24 MOTION to Amend/Correct MOTION for Leave to File *Amend Counterclaim; Memorandum* filed byUnited National Insurance Company. (Related document(s) 24 ) (Nienow, Thomas) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 26 | Proposed Order re 24 MOTION to Amend/Correct MOTION for Leave to File *Amend Counterclaim; Memorandum*, 25 Declaration in Support by United National Insurance Company. (Nienow, Thomas) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 07/21/2008 | 27 | MOTION for Summary Judgment by Interstate Fire & Casualty Company by Christopher Jay Borders (Borders, Christopher) (Filed on 7/21/2008) Modified on 7/23/2008 (gba, COURT STAFF). (Entered: 07/21/2008) |
| 07/21/2008 | 28 | Renotice motion hearing *Memorandum of Law in Support of Interstate Fire & Casualty Company's Motion for Summary Judgement* filed byInterstate Fire & Casualty Company. Motion Hearing set for 8/18/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 29 | Declaration of Jennifer Green *in Support of Interstate Fire & Casualty Company's Motion for Summary Judgment* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 30 | OBJECTIONS to *Interstate Fire & Casualty Company's Objection to United National's Use of Privileged Settlement Communications* by Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 31 | Joinder *Joint Statement of Undisputed Facts* by Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 32 | EXHIBITS *Exhibit A to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 33 | EXHIBITS *B (part one) to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 34 | EXHIBITS *Exhibit B (part 2) to Joint Statement of Undisputed Facts* filed |

|            |    |                                                                                                                                                   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008)                                           |
| 07/21/2008 | 35 | EXHIBITS *Exhibit C to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 36 | EXHIBITS *Exhibit D to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 37 | EXHIBITS *Exhibit D to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 38 | EXHIBITS *Exhibit E to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 39 | EXHIBITS *Exhibit F to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 40 | EXHIBITS *Exhibit G to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 41 | EXHIBITS *Exhibit H to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 42 | EXHIBITS *Exhibit I to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 43 | EXHIBITS *Exhibit J to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 44 | EXHIBITS *Exhibit K to Joint Statement of Unidsputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 45 | EXHIBITS *Exhibit L to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 46 | EXHIBITS *Exhibit M to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 47 | EXHIBITS *Exhibit N to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
|            |    |                                                                                                                                                   |

| | | |
|---|---|---|
| 07/21/2008 | 48 | EXHIBITS *Exhibit O to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 49 | EXHIBITS *Exhibit P to Joint Statement of Unisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 50 | EXHIBITS *Exhibit Q to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 51 | EXHIBITS *Exhibit R to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 52 | EXHIBITS *Exhibit S to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 53 | EXHIBITS *Exhibit T to Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 54 | EXHIBITS *Exhibit U to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 55 | EXHIBITS *Exhibit V to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 56 | EXHIBITS *Exhibit W to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 57 | EXHIBITS *Exhibit X to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 58 | EXHIBITS *Exhibit Z to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 59 | EXHIBITS *Exhibit AA to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 60 | EXHIBITS *Exhibits BB to Joint Statement of Unidsputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 61 | EXHIBITS *Exhibits CC to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on |

| | | |
|---|---|---|
| | | 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 62 | EXHIBITS *Exhibit DD to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 63 | MOTION for Summary Judgment filed by United National Insurance Company. Motion Hearing set for 8/18/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Signature Page (Declarations/Stipulations) Declaration of Diane Cruz in Support of Defendant and Counterclaimant United National's Motion for Summary Judgment, # 2 Signature Page (Declarations/Stipulations) Declaration of Thomas Nienow in Support of Defendant and Counterclaimant United National's Motion for Summary Judgment, # 3 Proposed Order [Proposed] Order Granting Defendant and Counterclaimant United's Motion for Summary Judgment)(Nienow, Thomas) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/22/2008 | 64 | EXHIBITS re 27 Notice of Appearance, 31 Joinder *Exhibit Y to Joint Statement of Undisputed Facts* filed byInterstate Fire & Casualty Company. (Related document(s) 27 , 31 ) (Borders, Christopher) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/31/2008 | 65 | ORDER TO SHOW CAUSE Re: Transfer to the District of New Mexico Show Cause Response due by 8/13/2008.. Signed by Judge Marilyn H. Patel on 7/30/08. (fj, COURT STAFF) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 08/04/2008 | 66 | Memorandum in Opposition *to Interstate's Motion for Summary Judgment* filed byUnited National Insurance Company. (Nienow, Thomas) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/05/2008 | 67 | Memorandum in Opposition *to United National's Motion for Summary Judgment* filed byInterstate Fire & Casualty Company. (Borders, Christopher) (Filed on 8/5/2008) (Entered: 08/05/2008) |
| 08/05/2008 | 68 | OBJECTIONS to re 67 Memorandum in Opposition *Objections to the Declaration of Diane Cruz in Support of United National Insurance Company's Motion for Summary Judgment* by Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 8/5/2008) (Entered: 08/05/2008) |
| 08/12/2008 | 69 | RESPONSE TO ORDER TO SHOW CAUSE by Interstate Fire & Casualty Company. (Borders, Christopher) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 70 | RESPONSE TO ORDER TO SHOW CAUSE by United National Insurance Company *and Declaration of James C. Nielsen*. (Nienow, Thomas) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 71 | RESPONSE to *Interstate's Evidentiary Objections* by United National Insurance Company. (Nienow, Thomas) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/14/2008 | 72 | CLERK'S NOTICE VACATING hearing date of 8/18/2008 (awb, COURT-STAFF) (Filed on 8/14/2008) (Entered: 08/14/2008) |

| | | |
|---|---|---|
| 08/22/2008 | 73 | MEMORANDUM AND ORDER TRANSFERRING CASE to District of New Mexico; Signed by Judge Marilyn Hall Patel on 8/22/2008. (awb, COURT-STAFF) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 08/29/2008 | 74 | CLERK'S NOTICE: Case Transferred Electronically to District of New Mexico. (gba, COURT STAFF) (Filed on 8/29/2008) (Entered: 08/29/2008) |